# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |
|---|---|---|

**ORDER**

August 5, 2013

*By the Court:*

| No.: 13-8017 | IN RE:<br>HARTFORD CASUALTY INSURANCE COMPANY,<br>Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-01922<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee ||

The following are before the court:

1. **HARTFORD CASUALTY INSURANCE COMPANY'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1453(c)**, filed on July 8, 2013, by counsel for the petitioner.

2. **ADDISON AUTOMATICS, INC.'S RESPONSE TO HARTFORD CASUALTY INSURANCE COMPANY'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1453(c)**, filed on July 25, 2013, by counsel for the respondent.

**IT IS ORDERED** that the Petition for Permission to appeal under 28 U.S.C. § 1453(c) is **GRANTED**. The petitioner immediately shall pay the required docket fees to the clerk of the district court. Fed. R. App. P. 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket. Briefing and oral argument in that appeal will proceed as follows:

1. The appellant's brief and required short appendix is due by August 14, 2013.

Appeal no. 13-8017 Page 2

2. The appellee's brief is due by August 23, 2013.

3. The appellant's reply brief, if any, is due by August 30, 2013.

No extensions of time will be granted.

**IT IS FURTHER ORDERED** that this case be orally argued on September 10, 2013, in the Main Courtroom, Room 2721 of the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn Street, Chicago, Illinois, at 2:30 p.m.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_3J**(form ID: **177**)